## BROOKSHIRE v. CONTESTIBLE, ADMINISTRATRIX.

No. 352.   Decided November 5, 1962.

Per Curiam.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## GRISANTI v. CITY OF CLEVELAND et al.

No. 353.   Decided November 5, 1962.

*George J. McMonagle* and *Richard E. McMonagle* for appellant.

*Joseph H. Crowley, Henry J. Crawford* and *John Lansdale* for appellees.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.